NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FISCHER S.A. COMERCIO, INDUSTRIA AND AGRICULTURA AND CITROSUCO NORTH AMERICA, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**FLORIDA CITRUS MUTUAL AND CITRUS WORLD, INC.,**
*Defendants-Appellees,*

AND

**A. DUDA & SONS AND SOUTHERN GARDENS CITRUS PROCESSING CORPORATION,**
*Defendants-Appellees.*

---

2011-1152

---

Appeal from the United States Court of International Trade in case no. 08-CV-0277, Judge Gregory W. Carman.

---

**ON MOTION**

---

# ORDER

The United States moves for a 30-day extension of time, until July 20, 2011, for all defendants-appellees to file their briefs. Southern Gardens Citrus Processing Corporation and A. Duda & Sons move to substitute Matthew J. McConkey and Jeffery C. Lowe for Matthew T. McGrath and Stephen W. Brophy as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. The defendants-appellees' briefs are due July 20, 2011.

(2) The motion to substitute counsel is granted. The revised official caption is reflected above. Matthew J. McConkey, Jeffery C. Lowe, Matthew T. McGrath and Stephen W. Brophy should promptly file new entries of appearance.

FOR THE COURT

__JUN 2 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert G. Kalik, Esq.
     Patryk J. Drescher, Esq.
     Matthew T. McGrath, Esq.
     Matthew J. McConkey, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 3 2011

JAN HORBALY
CLERK